

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KIERAN M. NYANGARESI,

    Plaintiff,

v.                      Civil Action No. 3:17CV378

RICHMOND CITY JAIL,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on May 24, 2017, the Court conditionally docketed the action. At that time, the Court directed Kieran M. Nyangaresi to complete and return a standardized 42 U.S.C. § 1983 complaint form to the Court within thirty (30) days from the date of entry thereof if he wished to proceed with the action. The Court also stated that if Nyangaresi did not wish to file a civil complaint, he should take no action, and the case would be dismissed without prejudice.

More than thirty (30) days have elapsed since the entry of the May 24, 2017 Memorandum Order and Nyangaresi has not filed a complaint or otherwise responded. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Nyangaresi.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: July 12, 2017
Richmond, Virginia